IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY DON TRIPP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-965-SLP |
| | ) |
| FNU WHITTEN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered September 30, 2020 [Doc. No. 6]. Judge Purcell recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that this action be dismissed without prejudice unless Petitioner pays the filing fee in the amount of $5.00. The Court Docket reflects that Petitioner paid the filing fee on October 16, 2020. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Gary M. Purcell in accordance with the original referral entered on September 24, 2020.

IT IS SO ORDERED this 16th day of October, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE