IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY DON TRIPP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-20-965-SLP |
| | ) |
| FNU WHITTEN, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court on the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered November 16, 2020 [Doc. No. 9]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendations of the Magistrate Judge are ADOPTED in its entirety.

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of December, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE